Present —

■

EMPIRE LIVESTOCK MARKETING COOPERATIVE, INC., Respondent, v. MARION J. CARNEY, Appellant.—

Present —

Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

■

ROBERT A. MEYERS, Respondent, v. WILSON FREIGHT FORWARDING COMPANY, INC., et al., Appellants.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

■

LOUIS ATLAS, Respondent, v. EDWARD H. BERMAN, Appellant.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.